# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 26-1805

**Short Case Caption:** Burlap and Barrel, Inc. v. Trump

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court.  Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account.  Non-admitted government counsel should enter N/A in lieu of an admission date.  Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Donald J. Trump, Executive Office of the President, United States, United States Customs and Border Protection, Rodney S. Scott, Jamieson Greer, Office of the United States Trade Representative, Department of Homeland Security, Markwayne Mullin

| **Principal Counsel:** Brad Hinshelwood | Admission Date: N/A |
|---|---|
| Firm/Agency/Org.: U.S. Department of Justice | |
| Address: 950 Pennsylvania Ave. NW, Washington, DC 20530 | |
| Phone: 202-514-7823 | Email: bradley.a.hinshelwood@usdoj.gov |
| **Other Counsel:** Daniel Winik | Admission Date: 8/24/17 |
| Firm/Agency/Org.: U.S. Department of Justice | |
| Address: 950 Pennsylvania Ave. NW, Washington, DC 20530 | |
| Phone: 202-305-8849 | Email: daniel.l.winik@usdoj.gov |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 5/11/26

Signature: /s/ Brad Hinshelwood

Name: Brad Hinshelwood

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| | |
|---|---|
| **Other Counsel:** Sophia Shams | Admission Date: N/A |
| Firm/Agency/Org.: U.S. Department of Justice | |
| Address: 950 Pennsylvania Ave. NW, Washington, DC 20530 | |
| Phone: 202-514-2495 | Email: Sophia.Shams@usdoj.gov |
| **Other Counsel:** Douglas C. Dreier | Admission Date: 9/20/19 |
| Firm/Agency/Org.: U.S. Department of Justice | |
| Address: 950 Pennsylvania Ave. NW, Washington, DC 20530 | |
| Phone: 202-514-4452 | Email: douglas.c.dreier@usdoj.gov |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |